NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CLEAR FORM

Alan A. Greenberg (SBN 150827)
Wayne R. Gross (SBN 138828)
Michael I. Katz (SBN 181728)
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1750
Costa Mesa, CA 92626
Telephone: (949) 383-2800

ATTORNEY(S) FOR:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Timothy L. Strader, individually and on behalf of all others similarly situated, Plaintiff(s), v. PHH Corporation, et al., Defendant(s) | CASE NUMBER: 8:15-cv-1973 **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff Timothy L. Strader Sr. and the Proposed Class
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| PHH CORPORATION; REALOGY HOLDINGS CORP.; PHH MORTGAGE CORPORATION; PHH HOME LOANS LLC; RMR FINANCIAL, LLC; NE MOVES MORTGAGE LLC; PHH BROKER PARTNER CORPORATION; REALOGY GROUP LLC; REALOGY INTERMEDIATE HOLDINGS LLC; TITLE RESOURCE GROUP LLC; WEST COAST ESCROW COMPANY; TRG SERVICES ESCROW, INC.; NRT LLC; REALOGY SERVICES GROUP LLC; REALOGY SERVICES VENTURE PARTNER LLC | Defendants |
| Timothy L. Strader Sr. | Plaintiff |
| Greenberg Gross LLP | Attorneys for Plaintiff |
| Robinson Calcagnie Robinson Shapiro Davis, Inc. | Attorneys for Plaintiff |

November 24, 2015
Date

/s/ Michael I. Katz
Signature

Attorney of record for (or name of party appearing in pro per):

Timothy L. Strader Sr. and the Proposed Class