Mitchel H. Kider (Bar No. 116479)
*kider@thewbkfirm.com*
WEINER BRODSKY KIDER PC
1300 19th Street NW  5th Floor
Washington DC  20036
Telephone:  202.628.2000
Facsimile:   202.628.2011

Joel A. Schiffman (Bar No. 90138)
*schiffman@thewbkfirm.com*
WEINER BRODSKY KIDER PC
300 Spectrum Center Drive, Suite 400
Irvine, CA 92618
Telephone:  949.754.3010
Facsimile:   202.628.2011

*Attorneys for Defendants*
PHH CORP., PHH MORTGAGE CORP.,
PHH BROKER PARTNER CORP.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY L. STRADER, SR., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PHH CORPORATION, et al., <br><br> Defendants. | Case No. 8:15-cv-01973-FMO-AFM <br><br> **NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS PHH CORP., PHH MORTGAGE CORP., PHH BROKER PARTNER CORP.** |

The undersigned, counsel of record for Defendants PHH Corp., PHH Mortgage Corp., and PHH Broker Partner Corp., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Plaintiff Timothy L. Strader, Sr.

2. Plaintiff Lester L. Hall, Jr.

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

3. Defendant PHH Corp.

4. Defendant Realogy Holdings Corp.

5. Defendant PHH Mortgage Corp.

6. Defendant PHH Home Loans, LLC

7. Defendant RMR Financial, LLC

8. Defendant NE Moves Mortgage, LLC

9. Defendant PHH Broker Partner Corp.

10. Defendant Realogy Intermediate Holdings, LLC

11. Defendant Title Resource Group, LLC

12. Defendant TRG Services Escrow, Inc.

13. Defendant NRT, LLC

14. Defendant Realogy Services Group, LLC

15. Defendant Realogy Services Venture Partner, LLC

16. Greenberg Gross, LLP (Plaintiffs' counsel)

17. Robinson Calcagnie Robinson Shapiro Davis, Inc. (Plaintiffs' counsel)

18. Weiner Brodsky Kider PC (Counsel for Defendants)

19. Faegre Baker Daniels LLP (Counsel for Defendants)

20. Goodwin Procter LLP (Counsel for Defendants)

21. Continental Insurance Company of New Jersey (Insurer)

PHH Corp. is the ultimate parent corporation of Defendants PHH Mortgage Corp. and PHH Broker Partner Corp. PHH Corp. is publicly traded (NYSE: PHH). No other publicly held corporation owns 10% or more of the stock of Defendants PHH Corp, PHH Mortgage Corp., or PHH Broker Partner Corp.

| | | |
|---|---|---|
| 1 | DATED: January 8, 2016 | **WEINER BRODSKY KIDER PC** |
| 2 | | |
| 3 | | By: /s/ Mitchel H. Kider |
| 4 | | Mitchel H. Kider (Bar No. 116479)<br>*kider@thewbkfirm.com*<br>1300 19th Street NW  5th Floor<br>Washington DC  20036<br>Telephone:  202.628.2000<br>Facsimile:   202.628.2011 |
| 5 | | |
| 6 | | |
| 7 | | Joel A. Schiffman (Bar No. 90138)<br>*schiffman@thewbkfirm.com*<br>300 Spectrum Center Drive, Suite 400<br>Irvine, CA 92618<br>Telephone:  949.754.3010<br>Facsimile:   202.628.2011 |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | *Attorneys for Defendants*<br>PHH CORP., PHH MORTGAGE CORP.,<br>PHH BROKER PARTNER CORP. |

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

- 3 -

## DECLARATION OF SERVICE

I hereby certify that this Notice of Interested Parties and Corporate Disclosure Statement is being filed through the ECF system, causing electronic service to be made upon the registered participants as identified on the Notice of Electronic Filing (NEF) on January 8, 2016

Alan A. Greenberg
Wayne R. Gross
Michael J. Katz
Evan C. Borges
Michael P. McMahon
Greenberg Gross LLP
650 Town Center Drive, Suite 1750
Costa Mesa, CA 92626
*Counsel for Plaintiffs*

Mark P. Robinson, Jr.
Kevin F. Calcagnie
Daniel S. Robinson
Robinson Calcagnie Robinson Shapiro Davis, Inc.
19 Corporate Plaza Drive
Newport Beach, CA 92660
*Counsel for Plaintiffs*

Steven A. Ellis
Goodwin Procter LLP
601 South Figueroa Street
41st Floor
Los Angeles, CA 90017
*Counsel for Defendants PHH Home Loans, LLC,*
*RMR Financial, LLC, NE Moves Mortgage, LLC*

Calvin Litsey
Faegre Baker Daniels LLP
1950 University Avenue
Suite 450
East Palo Alto, CA 94303
*Counsel for Defendants Realogy Holdings Corp.,*
*Realogy Group, LLC, Realogy Intermediate Holdings, LLC*
*Title Resource Group, LLC, West Coast Escrow Co.,*
*TRG Services Escrow, Inc., NRT, LLC, Realogy Services*
*Group, LLC, Realogy Services Venture Partner, LLC*

/s/ Mitchel H. Kider