| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Calvin L. Litsey (SBN 289659)<br>calvin.litsey@faegrebd.com<br>FAEGRE BAKER DANIELS LLP<br>1990 S. Bundy Dr., Ste. 620<br>Los Angeles, CA  90025<br>Tel.: 650.324.6708<br>Fax.: 310.500.2091<br>ATTORNEY(S) FOR: Defendants: REALOGY HOLDINGS CORP.; REALOGY GROUP LLC; REALOGY INTERMEDIATE HOLDINGS LLC; TITLE RESOURCE GROUP LLC; WEST COAST ESCROW COMPANY; TRG SERVICES, ESCROW, INC.; NRT LLC; REALOGY SERVICES GROUP LLC; and REALOGY SERVICES VENTURE PARTNER LLC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY L. STRADER SR., individually and on behalf of all others similarly situated<br><br>Plaintiff(s),<br>v.<br><br>PHH CORPORATION, a Maryland corporation; et al.<br><br>Defendant(s) | CASE NUMBER:<br>8:15-cv-01973-FMO-AFM<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  REALOGY HOLDINGS CORP.; REALOGY GROUP LLC; REALOGY INTERMEDIATE HOLDINGS LLC; TITLE RESOURCE GROUP LLC; WEST COAST ESCROW COMPANY; TRG SERVICES, ESCROW, INC.; NRT LLC; REALOGY SERVICES GROUP LLC; and REALOGY SERVICES VENTURE PARTNER LLC

or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| REALOGY HOLDINGS CORP. | Defendant |
| REALOGY GROUP LLC | Defendant |
| REALOGY INTERMEDIATE HOLDINGS LLC | Defendant |
| TITLE RESOURCE GROUP LLC | Defendant |
| WEST COAST ESCROW COMPANY | Defendant |
| TRG SERVICES, ESCROW, INC. | Defendant |
| NRT LLC | Defendant |
| REALOGY SERVICES GROUP LLC | Defendant |
| REALOGY SERVICES VENTURE PARTNER LLC | Defendant |


American LegalNet, Inc.
www.FormsWorkFlow.com

| | |
|---|---|
| January 8, 2016 | /s/ Calvin L. Litsey |
| Date | Signature |
| | CALVIN L. LITSEY |

Attorney of record for (or name of party appearing in pro per):
REALOGY HOLDINGS CORP.; REALOGY GROUP LLC; REALOGY INTERMEDIATE HOLDINGS LLC; TITLE RESOURCE GROUP LLC; WEST COAST ESCROW COMPANY; TRG SERVICES, ESCROW, INC.; NRT LLC; REALOGY SERVICES GROUP LLC; and REALOGY SERVICES VENTURE PARTNER LLC

CV-30 (05/13)      **NOTICE OF INTERESTED PARTIES**



**American LegalNet, Inc.**
www.FormsWorkFlow.com