1  STEVEN A. ELLIS (SBN 171742)
    *sellis@goodwinprocter.com*
2  **GOODWIN PROCTER LLP**
    601 S. Figueroa Street, 41st Floor
3  Los Angeles, CA  90017
    Tel.: 213.426.2500
4  Fax.: 213.623.1673

5  Attorneys for Defendants:
    PHH HOME LOANS LLC; RMR
6  FINANCIAL, LLC; and NE MOVES
    MORTGAGE LLC
7
    [*ADDITIONAL COUNSEL LISTED IN SIGNATURE*
8   *BLOCK*]

9              **UNITED STATES DISTRICT COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11                    **SOUTHERN DIVISION**

12

| | |
|---|---|
| TIMOTHY L. STRADER, SR., and LESTER L. HALL, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHH CORPORATION, a Maryland corporation; REALOGY HOLDINGS CORP., a Delaware corporation; PHH MORTGAGE CORPORATION, a New Jersey corporation; PHH HOME LOANS LLC, a Delaware limited liability company; RMR FINANCIAL, LLC, a California limited liability company; NE MOVES MORTGAGE LLC, a Massachusetts limited liability company; PHH BROKER PARTNER CORPORATION, a Maryland corporation; REALOGY GROUP LLC, a Delaware limited liability company; REALOGY INTERMEDIATE HOLDINGS LLC, a Delaware limited liability company; TITLE RESOURCE GROUP LLC, a Delaware limited liability company; WEST COAST ESCROW COMPANY, a California corporation; TRG SERVICES ESCROW, INC., a Delaware corporation; NRT LLC, a Delaware | Case No. 8:15-CV-01973-FMO-AFM<br><br>**STIPULATION TO SET BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>Courtroom:  22<br>Judge:        Hon. Fernando M. Olguin |

ACTIVE/84852742.2

| | |
|---|---|
| 1 | limited liability company; REALOGY SERVICES GROUP LLC, a Delaware limited liability company; REALOGY SERVICES VENTURE PARTNER LLC, a Delaware limited liability company, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ACTIVE/84852742.2                              2

1  Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7-1,
2  Plaintiffs TIMOTHY L. STRADER, SR. ("Strader) and LESTER L. HALL, JR.
3  ("Hall") (collectively "Plaintiffs") and Defendants PHH CORPORATION,
4  REALOGY HOLDINGS CORP.; PHH MORTGAGE CORPORATION; PHH
5  HOME LOANS LLC; RMR FINANCIAL, LLC; NE MOVES MORTGAGE LLC;
6  PHH BROKER PARTNER CORPORATION; REALOGY GROUP LLC;
7  REALOGY INTERMEDIATE HOLDINGS LLC; TITLE RESOURCE GROUP
8  LLC; WEST COAST ESCROW COMPANY; TRG SERVICES ESCROW, INC.;
9  NRT LLC; REALOGY SERVICES GROUP LLC; and REALOGY SERVICES
10 VENTURE PARTNER LLC (collectively "Defendants") (Defendants and Plaintiffs
11 are collectively, the "Parties"), through their undersigned counsel, stipulate as
12 follows:
13     WHEREAS, on November 25, 2015, Plaintiff Strader filed a Complaint in
14 this action;
15     WHEREAS, on December 10, 2015, Plaintiffs Strader and Hall filed a First
16 Amended Complaint ("FAC") in this action;
17     WHEREAS, on December 18, 2015, all of the Defendants were served with
18 the Summons and FAC in this action;
19     WHEREAS, pursuant to Local Rule 8-3, the Parties previously stipulated to
20 extend the time for Defendants to respond to the FAC to February 5, 2016;
21     WHEREAS, Defendants anticipate filing a motion to dismiss the FAC on
22 February 5, 2016, and, pursuant to Local Rule 7-3, the parties have met and
23 conferred regarding the motion to dismiss;
24     WHEREAS, in exchange for Defendants' 30-day extension to respond to the
25 FAC (Dkt. 34), Defendants agreed that, Court permitting, Plaintiffs will have an
26 additional 30 days to file their opposition to the Defendants' motion to dismiss;
27     WHEREAS, Defendants have also requested additional time to file their reply
28 brief in support of the motion to dismiss, to which Plaintiffs have agreed so long as

1  it does not negatively impact the parties' stipulated 30-day extension for Plaintiffs'
2  opposition;
3      WHEREAS, as part of this agreement on the briefing schedule for the motion
4  to dismiss, the parties have also agreed to hold the conference required by Federal
5  Rule of Civil Procedure 26(f) on February 8, 2016;
6      WHEREAS, the agreed-to additional time for briefing on the motion to
7  dismiss does not affect any previously scheduled proceeding on the Court's calendar
8  and;
9      WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights
10 or defenses otherwise available to the Parties in this action.
11
12     NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,
13 between Plaintiffs, by their undersigned counsel, and Defendants, by their
14 undersigned counsel, as follows:
15     1.   When Defendants file their motion to dismiss on February 5, 2016,
16 they will set the hearing on the motion for April 14, 2016 (or, if the Court has closed
17 that date for hearing, on the earliest hearing date thereafter that is not closed).
18     2.   Plaintiffs will file their opposition to the motion to dismiss by no later
19 than 28 calendar days before the hearing date; and
20     3.   Defendants will file their reply brief in support of the motion to dismiss
21 by no later than 14 days before the hearing date.
22
23     Respectfully submitted,
24 Dated: February 5, 2016   By: /s/ Steven A. Ellis
25   STEVEN A. ELLIS
  *sellis@goodwinprocter.com*
26   **GOODWIN PROCTER LLP**

27   Attorneys for Defendants:
  PHH HOME LOANS LLC; RMR
28   FINANCIAL, LLC; and NE MOVES
  MORTGAGE, LLC

ACTIVE/84852742.2     2

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | Dated: February 5, 2016 | By: | /s/   Daniel S. Robinson    * *with permission* |
| 3 | | | MARK P. ROBINSON, JR.<br>*mrobinson@rcrsd.com* |
| 4 | | | KEVIN F. CALCAGNIE<br>*kcalcagnie@rcrsd.com* |
| 5 | | | DANIEL S. ROBINSON<br>*drobinson@rcrsd.com* |
| 6 | | | **ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.** |
| 7 | | | 19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>Tel.: 949.720.1288 |
| 8 | | | Fax: 949.720.1292 |
| 9 | | | ALAN A. GREENBERG<br>*AGreenberg@GGTrialLaw.com* |
| 10 | | | WAYNE R. GROSS<br>*WGross@GGTrialLaw.com* |
| 11 | | | MICHAEL I. KATZ<br>*MKatz@GGTrialLaw.com* |
| 12 | | | EVAN C. BORGES<br>*Eborges@GGTrialLaw.com* |
| 13 | | | MICHAEL P. MCMAHON<br>*MMcMahon@GGTrialLaw.com* |
| 14 | | | **GREENBERG GROSS LLP**<br>650 Town Center Drive, Suite 1750 |
| 15 | | | Costa Mesa, CA  92626<br>Tel.: 949.383.2800 |
| 16 | | | Fax: 949.383.2801 |
| 17 | | | Attorneys for Plaintiffs: TIMOTHY L. STRADER, SR. and LESTER L. HALL, JR. |
| 18 | | | |
| 19 | Dated: February 5, 2016 | By: | /s/   Mitchel H. Kider         * *with permission* |
| 20 | | | JOEL A. SCHIFFMAN<br>*schiffman@thewbkfirm.com* |
| 21 | | | **WEINER BRODSKY KIDER PC**<br>300 Spectrum Center Drive, Suite 400 |
| 22 | | | Irvine, CA  92618<br>Tel.: 949.754.3010 |
| 23 | | | Fax: 202.628.2011 |
| 24 | | | MITCHEL H. KIDER<br>*kider@thewbkfirm.com* |
| 25 | | | **WEINER BRODSKY KIDER PC**<br>1300 19th Street NW, 5th Floor |
| 26 | | | Washington DC  20036<br>Tel.: 202.628.2000 |
| 27 | | | Fax: 202.628.2011 |
| 28 | | | Counsel for Defendants: PHH CORPORATION; PHH MORTGAGE |

ACTIVE/84852742.2                                     3

| | | | |
|---|---|---|---|
| 1 | | | CORPORATION; and PHH BROKER PARTNER CORPORATION |
| 2 | | | |
| 3 | Dated: February 5, 2016 | By: | /s/ Calvin L. Litsey          * *with permission* |
| 4 | | | CALVIN L. LITSEY<br>*Calvin.Litsey@Faegrebd.com* |
| 5 | | | **FAEGRE BAKER DANIELS**<br>1950 University Avenue, Suite 450 |
| 6 | | | East Palo Alto, CA 94303<br>Tel.: 650.324.6700<br>Fax: 650.324.6701 |
| 7 | | | |
| 8 | | | Counsel for Defendants: REALOGY HOLDINGS CORP; REALOGY GROUP |
| 9 | | | LLC; REALOGY INTERMEDIATE HOLDINGS LLC; TITLE RESOURCE |
| 10 | | | GROUP LLC; WEST COAST ESCROW COMPANY; TRG SERVICES ESCROW, |
| 11 | | | INC.; NRT LLC; REALOGY SERVICES GROUP LLC; and REALOGY SERVICES |
| 12 | | | VENTURE PARTNER LLC |