THOMAS M. HEFFERON (pro hac vice)
*thefferon@goodwinprocter.com*
DAVID L. PERMUT (pro hac vice)
*dpermut@goodwinprocter.com*
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC 20001
Tel.: 202.346.4000
Fax.: 202.346.4444

STEVEN A. ELLIS (SBN 171742)
*sellis@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: 213.426.2500
Fax.: 213.623.1673

Attorneys for Defendants:
PHH HOME LOANS LLC;
RMR FINANCIAL, LLC; and
NE MOVES MORTGAGE LLC

[ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY L. STRADER, SR. and LESTER L. HALL, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHH CORPORATION, a Maryland corporation; REALOGY HOLDINGS CORP., a Delaware corporation; PHH MORTGAGE CORPORATION, a New Jersey corporation; PHH HOME LOANS LLC, a Delaware limited liability company; RMR FINANCIAL, LLC, a California limited liability company; NE MOVES MORTGAGE LLC, a Massachusetts limited liability company; PHH BROKER PARTNER CORPORATION, a Maryland corporation; REALOGY GROUP LLC, | Case No. 8:15-cv-01973-FMO-AFM<br><br>**NOTICE OF MOTION AND JOINT MOTION OF ALL DEFENDANTS TO DISMISS AMENDED COMPLAINT**<br><br>Date: April 14, 2016<br>Time: 10:00 a.m.<br>Courtroom: 22<br>Judge: Hon. Fernando M. Olguin<br><br>Filed Concurrently with:<br>1. Memorandum;<br>2. Documentary Evidence;<br>3. Request for Judicial Notice; and<br>4. Proposed Order |

ACTIVE/84913093.1

| | |
|---|---|
| 1 | a Delaware limited liability company; REALOGY INTERMEDIATE |
| 2 | HOLDINGS LLC, a Delaware limited liability company; TITLE RESOURCE |
| 3 | GROUP LLC, a Delaware limited liability company; WEST COAST |
| 4 | ESCROW COMPANY, a California corporation; TRG SERVICES |
| 5 | ESCROW, INC., a Delaware corporation; NRT LLC, a Delaware |
| 6 | limited liability company; REALOGY SERVICES GROUP LLC, a Delaware |
| 7 | limited liability company; REALOGY SERVICES VENTURE PARTNER |
| 8 | LLC, a Delaware limited liability company, |
| 9 | Defendants. |

**Goodwin Procter LLP**
**601 S Figueroa Street, 41st Floor**
**Los Angeles, California 90017**

ACTIVE/84913093.1

2

**NOTICE OF MOTION AND MOTION TO DISMISS**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Thursday, April 14, 2016 at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 22, at the United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, Defendants PHH HOME LOANS LLC; RMR FINANCIAL, LLC; and NE MOVES MORTGAGE LLC; PHH CORPORATION; PHH MORTGAGE CORPORATION; PHH BROKER PARTNER CORPORATION; REALOGY HOLDINGS CORP; REALOGY GROUP LLC; REALOGY INTERMEDIATE HOLDINGS LLC; TITLE RESOURCE GROUP LLC; WEST COAST ESCROW COMPANY; TRG SERVICES ESCROW, INC.; NRT LLC; REALOGY SERVICES GROUP LLC; and REALOGY SERVICES VENTURE PARTNER LLC (collectively "Defendants") will and hereby do move to dismiss the Amended Complaint filed in this action in its entirety, and each purported claim set forth therein against each Defendant, pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendants move to dismiss the Amended Complaint on the grounds that all of Plaintiffs' claims are time-barred under the one-year statute of limitations of the Real Estate Settlement Procedures Act. 12 U.S.C. § 2614. In addition, seven of the named defendants (REALOGY HOLDINGS CORPORATION; RMR FINANCIAL LLC; NE MOVES MORTGAGE LLC; REALOGY GROUP, LLC; REALOGY INTERMEDIATE HOLDINGS, LLC; TITLE RESOURCE GROUP, LLC; and NRT LLC) move to dismiss the Amended Complaint for the independent reason the Amended Complaint contains no allegations of wrongdoing by these seven defendants.

This motion is based upon this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities in support thereof, Request for Judicial Notice, Declaration of Stephen M. Boney, Declaration of Steven A. Ellis, and exhibits thereto; the records, pleadings, and documents on file

**Goodwin Procter LLP**
601 S Figueroa Street, 41st Floor
Los Angeles, California 90017

1

1 in this action; and such further and additional evidence and argument as may be
2 presented at or before the time of hearing on this motion.
3     This motion is made following the conference of counsel for Defendants with
4 counsel for Plaintiffs, pursuant to L.R. 7-3, which took place on January 28, 2016.

Respectfully submitted,

Dated: February 5, 2016     By: /s/ Steven A. Ellis
THOMAS M. HEFFERON (pro hac vice)
*thefferon@goodwinprocter.com*
DAVID L. PERMUT (pro hac vice)
*dpermut@goodwinprocter.com*
STEVEN A. ELLIS
*sellis@goodwinprocter.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendants: PHH HOME LOANS LLC; RMR FINANCIAL, LLC; and NE MOVES MORTGAGE LLC

Dated: February 5, 2016     By: /s/ Mitchel H. Kider **with permission*
MITCHEL H. KIDER (SBN 116479)
*kider@thewbkfirm.com*
**WEINER BRODSKY KIDER PC**
1300 19th Street NW, 5th Floor
Washington DC 20036
Tel.: 202.628.2000
Fax: 202.628.2011

JOEL A. SCHIFFMAN (SBN 90138)
*schiffman@thewbkfirm.com*
**WEINER BRODSKY KIDER PC**
300 Spectrum Center Drive, Suite 400
Irvine, CA 92618
Tel.: 949.754.3010
Fax: 202.628.2011

Attorneys for Defendants:
PHH CORPORATION; PHH MORTGAGE CORPORATION; and PHH BROKER PARTNER CORPORATION

Dated: February 5, 2016     By: /s/ Calvin L. Litsey **with permission*
CALVIN L. LITSEY (SBN 289659)
*Calvin.Litsey@Faegrebd.com*
**FAEGRE BAKER DANIELS**
1950 University Avenue, Suite 450

**Goodwin Procter LLP**
601 S Figueroa Street, 41st Floor
Los Angeles, California 90017

2

East Palo Alto, CA 94303
Tel.: 650.324.6700
Fax: 650.324.6701

Counsel for Defendants:
REALOGY HOLDINGS CORP;
REALOGY GROUP LLC; REALOGY
INTERMEDIATE HOLDINGS LLC;
TITLE RESOURCE GROUP LLC;
WEST COAST ESCROW COMPANY;
TRG SERVICES ESCROW, INC.; NRT
LLC; REALOGY SERVICES GROUP
LLC; and REALOGY SERVICES
VENTURE PARTNER LLC

**Goodwin Procter LLP**
601 S Figueroa Street, 41st Floor
Los Angeles, California 90017

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28