DANIEL S. ROBINSON, State Bar No. 244245
  *drobinson@robinsonfirm.com*
WESLEY K. POLISCHUK, State Bar No. 254121
  *wpolischuk@robinsonfirm.com*
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

WAYNE R. GROSS, State Bar No. 138828
  *WGross@ggtriallaw.com*
EVAN C. BORGES, State Bar No. 128706
  *EBorges@GGTrialLaw.com*
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1750
Costa Mesa, CA 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

*Attorneys for Plaintiffs Sheri Dodge, Neil Dodge, Ram Agrawal, Sarita Agrawal and All Others Similarly Situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI DODGE and NEIL DODGE, and RAM AGRAWAL and SARITA AGRAWAL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PHH CORPORATION, a Maryland corporation; REALOGY HOLDINGS CORP., a Delaware corporation; PHH HOME LOANS LLC, a Delaware limited liability company; PHH MORTGAGE CORPORATION, a New Jersey corporation; RMR FINANCIAL, LLC, a California limited liability company; NE MOVES MORTGAGE LLC, a Massachusetts limited liability company; PHH BROKER PARTNER CORPORATION, a Maryland corporation; REALOGY GROUP LLC, a Delaware limited liability | Case No. 8:15-CV-01973-FMO-AFM<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**<br><br>Date: August 16, 2018<br>Time: 10:00 a.m.<br><br>Judge: Hon. Fernando M. Olguin<br>Ctrm: 6D, 6th Floor – 1st Street |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | company; REALOGY INTERMEDIATE HOLDINGS LLC, a Delaware limited liability company; TITLE RESOURCE GROUP LLC, a Delaware limited liability company; WEST COAST ESCROW COMPANY, a California corporation; TRG SERVICES ESCROW, INC., a Delaware corporation; EQUITY TITLE COMPANY, a California corporation; NRT LLC, a Delaware limited liability company; REALOGY SERVICES GROUP LLC, a Delaware limited liability company; REALOGY SERVICES VENTURE PARTNER LLC, a Delaware limited liability company,<br><br>                    Defendants. |

PLEASE TAKE NOTICE that on August 16, 2018, at 10:00 a.m., in Courtroom 6D of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California, before the Honorable Fernando M. Olguin, Plaintiffs Sheri Dodge, Neil Dodge, Sarita Agrawal and Ram Agrawal will and hereby do move this Court pursuant to California Civil Code §1780(d), the substantial benefit doctrine, California Code of Civil Procedure §1021.5, the Amended Stipulation of Settlement (Dkt. 134), and Fed. R. Civ. P. 23(h), for an order awarding attorneys' fees and expenses and for service awards to each of the Class Representatives.

This Motion is based upon this Notice, the Memorandum of Points and Authorities submitted herewith, the Declarations of Daniel S. Robinson and Evan C. Borges, all papers and pleadings on file herein, and further evidence and argument as the Court may choose to entertain.

///

///

///

| | | |
|---|---|---|
| 1 | DATED:  April 13, 2018 | ROBINSON CALCAGNIE, INC. |

By: */s/ Daniel S. Robinson*
Daniel S. Robinson
Wesley K. Polischuk
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
Telephone:  (949) 720-1288
Facsimile:   (949) 720-1292

Wayne R. Gross
Evan C. Borges
Howard M. Privette
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1750
Costa Mesa, CA 92626
Telephone:  (949) 383-2800
Facsimile:   (949) 383-2801

*Attorneys for Plaintiffs Sheri Dodge, Neil Dodge, Ram Agrawal, Sarita Agrawal and All Others Similarly Situated*

-3-
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

# CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2018, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 13, 2018            */s/ Daniel S. Robinson*
                                 Daniel S.  Robinson

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS