DANIEL S. ROBINSON, State Bar No. 244245
 *drobinson@robinsonfirm.com*
WESLEY  K. POLISCHUK, State Bar No. 254121
 *wpolischuk@robinsonfirm.com*
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
Telephone:  (949) 720-1288
Facsimile:   (949) 720-1292

WAYNE R. GROSS, State Bar No. 138828
 *WGross@ggtriallaw.com*
EVAN C. BORGES, State Bar No. 128706
 *EBorges@GGTrialLaw.com*
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1750
Costa Mesa, CA 92626
Telephone:  (949) 383-2800
Facsimile:   (949) 383-2801

*Attorneys for Plaintiffs Sheri Dodge, Neil Dodge, Ram Agrawal, Sarita Agrawal and All Others Similarly Situated*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI DODGE and NEIL DODGE, and RAM AGRAWAL and SARITA AGRAWAL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHH CORPORATION, a Maryland corporation; REALOGY HOLDINGS CORP., a Delaware corporation; PHH HOME LOANS LLC, a Delaware limited company; PHH MORTGAGE CORPORATION, a New Jersey corporation; RMR FINANCIAL, LLC, a California limited liability company; NE MOVES MORTGAGE LLC, a Massachusetts limited liability company; PHH BROKER PARTNER CORPORATION, a Maryland corporation; REALOGY GROUP LLC, a Delaware limited liability | Case No. 8:15-CV-01973-FMO-AFM<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF AN ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**<br><br>Date:      August 16, 2018<br>Time:     10:00 a.m.<br><br>Judge:    Hon. Fernando M. Olguin<br>Ctrm:    6D, 6th Floor – 1st Street |

company; REALOGY
INTERMEDIATE HOLDINGS LLC,
a Delaware limited liability company;
TITLE RESOURCE GROUP LLC, a
Delaware limited liability company;
WEST COAST ESCROW
COMPANY, a California corporation;
TRG SERVICES ESCROW, INC., a
Delaware corporation; EQUITY
TITLE COMPANY, a California
corporation; NRT LLC, a Delaware
limited liability company; REALOGY
SERVICES GROUP LLC, a Delaware
limited liability company; REALOGY
SERVICES VENTURE PARTNER
LLC, a Delaware limited liability
company,

                Defendants.

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 16, 2018, at 10:00 a.m., before the Honorable Fernando M. Olguin, in Courtroom 6D of the United States District Court, located at 350 West 1st Street, 6th Floor, Los Angeles, California 90012, Plaintiffs in the above-captioned matter will, and hereby do, move the Court for an Order granting final approval of the Amended Stipulation of Settlement ("Settlement") entered into between the parties in this action.

Plaintiffs, individually and on behalf of the Class, hereby move pursuant to Rule 23 of the Federal Rules of Civil Procedure for entry of an Order:

(1)    Confirming certification of the Class for settlement purposes only under the Federal Rules of Civil Procedure;

(2)    Granting final approval of the Settlement, including the Amended Stipulation of Settlement and all exhibits thereto, and finding the Settlement to be fair, reasonable, and adequate;

(3)    Overruling any objections to the Settlement;

NOTICE OF MOTION AND MOTION FOR ENTRY OF AN ORDER GRANTING FINAL
APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT

(4)     Recognizing that Notice of the Settlement was provided to governmental authorities in compliance with the Class Action Fairness Act, 28 U.S.C. § 1715(d);

(5)     Finding that the form, content, and methods of disseminating Class Notice of the Settlement constituted the best notice practicable under the circumstances and satisfied the requirements of Fed. R. Civ. P. 23(c) and the United States Constitution (including the due process clause);

(6)     Releasing the claims of all Class Members in accordance with the terms of the Settlement;

(7)     Dismissing the Action with prejudice as provided for by the Settlement; and

(8)     Issuing related relief.

A proposed Final Judgment approving this Motion is being concurrently filed for the Court's convenience.

This Motion is based on the accompanying separate Memoranda of Points and Authorities submitted by Plaintiffs, the Amended Stipulation of Settlement and all exhibits thereto, the Declaration of Daniel S. Robinson in Support of Motion for Final Approval of Class Action Settlement, all other supporting declarations and exhibits filed concurrently herewith, all pleadings and documents on file (including, but not limited to, the Court's Preliminary Approval Order (Dkt. 134)), and upon such evidence and arguments as may properly come before the Court at the time of the hearing.

1     DATED:  May 31, 2018       ROBINSON CALCAGNIE, INC.

2

3                              By: *_/s/ Daniel S. Robinson_*
                                    Daniel S. Robinson

4                                     Wesley K. Polischuk
                                    **ROBINSON CALCAGNIE, INC.**

5                                     19 Corporate Plaza Drive
                                    Newport Beach, CA 92660

6                                     Telephone:  (949) 720-1288
                                    Facsimile:   (949) 720-1292

7

8                                     Wayne R. Gross
                                    Evan C. Borges

9                                     **GREENBERG GROSS LLP**
                                    650 Town Center Drive, Suite 1750

10                                   Costa Mesa, CA 92626
                                  Telephone:  (949) 383-2800
                                  Facsimile:   (949) 383-2801

11

12                                   *Attorneys for Plaintiffs Sheri Dodge,*
                                  *Neil Dodge, Ram Agrawal, Sarita Agrawal*

13                                   *and All Others Similarly Situated*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION FOR ENTRY OF AN ORDER GRANTING FINAL
APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT

1  
2  

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2018, I caused to be filed the foregoing NOTICE OF MOTION AND MOTION FOR ENTRY OF AN ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT. This document is being filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: May 31, 2018

*/s/ Daniel S. Robinson*
Daniel S.  Robinson

NOTICE OF MOTION AND MOTION FOR ENTRY OF AN ORDER GRANTING FINAL
APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT