UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 15-1973 FMO (AFMx) | Date | August 16, 2018 |
|---|---|---|---|
| Title | Timothy L. Strader, Sr., et al. v. PHH Corporation, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | Maria Bustillos | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):

Evan C. Borges
Daniel S. Robinson
Aluyah I. Imoisili
Michael Olson

Attorney Present for Defendant(s):

Michael Y. Kieval
David L. Permut
Peter Magnuson

**Proceedings:** Final Approval / Fairness Hearing; Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards [143]; Motion for Entry of an Order Granting Final Approval of Class Action Settlement Agreement [144]

Court and counsel confer as stated on the record.

The court notes that no objectors are present from the class.

The pending motions are deemed submitted. A separate order will issue with the court's rulings.

IT IS SO ORDERED.

  00  :  03
Initials of Preparer  vdr