JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI DODGE, et al., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>PHH CORPORATION, et al.,<br><br>        Defendants. | Case No. SA CV 15-1973 FMO (AFMx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement; Approval of Attorney's Fees, Expenses & Service Award ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Plaintiffs Sheri Dodge, Neil Dodge, Ram Agrawal, and Sarita Agrawal shall each be paid a service payment of $2,500 in accordance with the terms of the Settlement Agreement.

2. Class counsel shall be paid $5.1 million in attorney's fees, and $36,704.82 in costs in accordance with the terms of the Settlement Agreement.

3. The Claims Administrator, KCC, shall be paid for its fees and expenses in accordance with the terms of the Settlement Agreement.

4. All class members who did not validly and timely request exclusion from the settlement have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).

5. Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

Dated this 27th day of August, 2018.

/s/
Fernando M. Olguin
United States District Judge